# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**FILED**
12/12/16 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

- **Debtor:** MATTHEW S. HRYCKO
- **Case Number:** 16-22024-CMB      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 08, 2016 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#5 - Final Confirmation of Plan Dated 5/17/2016 - NFC
R / M #: 5 / 0

### Appearances:

Debtor: A. Steidl
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

Q: Debtor making voluntary support payments of $300 to estranged spouse who is employed. Is this a reasonable & necessary expense for purposes of best effort test.

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss.
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/2/17 at 3:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Q: What is balance on retirement loan(s) and when are loans paid off.