# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MATTHEW S. HRYCKO |
| **Case Number:** | 16-22024-CMB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 02, 2017 03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/6/17 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Continued Confirmation of Plan Dated 5/17/2016 (NFC)

R / M #:   5 / 0

### *Appearances:*

Debtor:   J. Steidl

Trustee:   Winnecour / Bedford / Pan / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **4/3/17** at **3:30 pm** .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Request made that Debtor's Divorce counsel provide same authority for Debtor having an obligation to pay alimony to ex-wife, and for the basis of the calculation of the amount to which Debtor will be agreeing.*

*Retirement loan will be paid at January 2019. Balance is ~ 18,000*

*Debtor to file an amended schedule I & J.*

1/27/2017   4:16:58PM