**Form 235**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

41 − 5, 40
jhel

In re:  :  Bankruptcy Case No.: 16−22024−CMB
    :
    :  Chapter: 13
    :  Issued per the April 13, 2017 Proceeding

**Matthew S. Hrycko**
    Debtor(s)

### ORDER OF COURT CONFIRMING PLAN
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   *PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that the Plan dated May 17, 2016 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   *IT IS FURTHER ORDERED THAT:*

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: April 24, 2017
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 16-22024-CMB
Matthew S. Hrycko                                                   Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Apr 24, 2017
                               Form ID: 235                Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db            +Matthew S. Hrycko,    150 Hidden Ridge Court,    #302,    South Park, PA 15129-5926
14238467      +AES-PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14238468     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
14238470      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238469      +Beata Hrycko,    718 2nd Street,    Suite 3,    Pittsburgh, PA 15219
14238487       Chase Amazon.com,    PO Box 15123,    Wilmington, DE 19850-5123
14238488       Citibank Home Equity LOC,    PO Box 769004,    San Antonio, TX 78245-9004
14246264      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14238489       Citizens One Auto Finance,    PO Box 42002,    Providence, RI 02940-2002
14238491       Eddie Bauer,    c/o Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273
14275243      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14282009      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14238495       Midland Mortgage,    PO Box 26648,    Attn: Customer Service,    Oklahoma City, OK 73126-0648
14238496       Monongahela Valley Hospital,    1163 Countryclub Road,    Monongahela, PA 15063-1095
14238499      +Monongahela Valley Hospital,    P.O. Box 643216,    Pittsburgh, PA 15264-3216
14249855      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14285350      +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14238501      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14238500      +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
14238503      +Psychiatric Care Systems PC,    110 Hidden Valley Road,    Canonsburg, PA 15317-2685
14238504      +Victoria's Secret/Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 25 2017 01:59:32
               Capital One Auto Finance c/o Ascension Capital Gro,     P.O. Box 201347,
               Arlington, TX 76006-1347
14279321      +E-mail/Text: bncmail@w-legal.com Apr 25 2017 02:04:49      COMENITY CAPITAL BANK,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14238486      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 25 2017 02:01:03
               Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
14250485      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 25 2017 02:00:33
               Capital One Auto Finance, c/o Ascension Capital Gr,     P.O. Box 201347,
               Arlington, TX 76006-1347
14238490       E-mail/Text: mrdiscen@discover.com Apr 25 2017 02:03:18      Discover Financial,    PO Box 30943,
               Salt Lake City, UT 84130
14238492      +E-mail/Text: dolores@fricktricountyfcu.org Apr 25 2017 02:06:11
               Frick Tri-County Federal Credit Union,     235 Pittsburgh Street,    Uniontown, PA 15401-2751
14238494      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:23      Lowe's,    P.O. Box 965003,
               Orlando, FL 32896-5003
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage Inc.
cr              MidFirst Bank
14238473*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238474*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238475*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238476*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238477*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238478*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238479*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238480*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238481*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238482*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238483*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238484*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238485*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238471*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14238472*      +Beata Hrycko,    718 2nd Street,    Monessen, PA 15062-2014
14246265*      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14238493*      +Frick Tri-County Federal Credit Union,     235 Pittsburgh Street,    Uniontown, PA 15401-2751
14238497*       Monongahela Valley Hospital,    1163 Countryclub Road,    Monongahela, PA 15063-1095
14238498*       Monongahela Valley Hospital,    1163 Countryclub Road,    Monongahela, PA 15063-1095
14238502*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
                                                                                    TOTALS: 2, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2         Date Rcvd: Apr 24, 2017
                              Form ID: 235            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Matthew S. Hrycko chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              James   Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```