WWR # 040358922

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEW S HRYCKO | ) | Bankruptcy No. 16-22024-CMB |
|     Debtor | ) | |
| | ) | Chapter 13 |
| CITIZENS BANK, N.A. | ) | |
|     Movant | ) | Related Document Number 56 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW S HRYCKO, DEBTOR, | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
|     Respondents | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF**

I, Brian Langford, certify under penalty of perjury that I served the above captioned Default Order on the parties at the addresses below, on 06/10/2019. The type of service was by First Class mail.

Debtor:
Matthew S Hrycko, at 6003 Squires Manor Lane, South Park, PA 15129

Co-Debtor:
Beata Hrycko, at 718 2nd Street, Monessen, PA 15062

Debtor's Counsel:
Christopher M. Frye, at 707 Grant St., Ste. 2830, Pittsburgh, PA 15219-1932

Trustee:
Ronda J. Winnecour, at 600 Grant St., Ste. 3250, Pittsburgh, PA 15219-2719

United States Trustee
1001 Liberty Ave., Ste. 970, Pittsburgh, PA 15222

EXECUTED ON: 06/10/2019

                                                  By:   /s/ Brian Langford
                                                          Brian Langford  PA I.D. #324884
                                                          Weltman, Weinberg & Reis Co., L.P.A.
                                                           436 Seventh Avenue
                                                          Suite 2500
                                                          Pittsburgh, PA  15219
                                                          (412) 338-7102
                                                          blangford@weltman.com