# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MATTHEW S. HRYCKO

        Debtor(s)

Ronda J. Winnecour, Trustee
   Movant
       vs.
MATTHEW S. HRYCKO


       Respondents

Case No.16-22024CMB

Chapter 13

Document No.___61___

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___8th___ day of ___June___ , 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Postal Svc-Authorized Agent
Acctg Svc Ctr - Idu*
2825 Lone Oak Pkwy
Eagan,MN 55121

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW S. HRYCKO, social security number XXX-XX-9648.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MATTHEW S. HRYCKO.

FILED
6/8/21 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 16-22024-CMB

Matthew S. Hrycko                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: dric                                          Page 1 of 2

Date Rcvd: Jun 08, 2021                      Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Matthew S. Hrycko, 150 Hidden Ridge Court, #302, South Park, PA 15129-5926 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021                              Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Matthew S. Hrycko chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2                         User: dric                                    Page 2 of 2
Date Rcvd: Jun 08, 2021                      Form ID: pdf900                               Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6