**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Matthew S. Hrycko**
Debtor(s)

Bankruptcy Case No.: 16−22024−CMB

Chapter: 13
Docket No.: 65 − 64

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of July, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/19/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/13/21 at 03:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/19/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew S. Hrycko  
    Debtor

Case No. 16-22024-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3  
Date Rcvd: Jul 26, 2021     Form ID: 408v     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Hrycko, 150 Hidden Ridge Court, #302, South Park, PA 15129-5926 |
| 14238467 | + | AES-PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14238468 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14238469 | | Beata Hrycko, 718 2nd Street, Suite 3, Pittsburgh, PA 15218 |
| 14238488 | | Citibank Home Equity LOC, PO Box 769004, San Antonio, TX 78245-9004 |
| 14654884 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14238496 | | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238499 | + | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14249855 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14238503 | + | Psychiatric Care Systems PC, 110 Hidden Valley Road, Canonsburg, PA 15317-2685 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 26 2021 23:34:03 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14246264 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | Citizens One Auto Finance, PO Box 42002, Providence, RI 02940-2002 |
| 14279321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14238486 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 26 2021 23:34:04 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14250485 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 26 2021 23:34:10 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14238490 | | Email/Text: mrdiscen@discover.com | Jul 26 2021 23:25:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 14238491 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Eddie Bauer, c/o Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |

Case 16-22024-CMB   Doc 66   Filed 07/28/21   Entered 07/29/21 00:32:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: 408v | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14238492 | + | Email/Text: ashley@frickfin.org | Jul 26 2021 23:25:00 | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238487 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:55 | Chase Amazon.com, PO Box 15123, Wilmington, DE 19850-5123 |
| 14238494 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:02 | Lowe's, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14275243 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14282009 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 26 2021 23:33:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14238495 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 26 2021 23:33:55 | Midland Mortgage, PO Box 26648, Attn: Customer Service, Oklahoma City, OK 73126-0648 |
| 14285350 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 23:25:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14238501 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 23:25:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14238500 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:55 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14952630 | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14238504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Victoria's Secret/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | CitiMortgage Inc. |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14238471 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238472 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238473 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238474 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238475 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238476 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238477 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238478 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238479 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238480 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238481 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238482 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238483 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238484 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238485 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14246265 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238493 | *+ | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238497 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238498 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Jul 26, 2021 | Form ID: 408v | Total Noticed: 30

14238470    ##+    Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014

TOTAL: 3 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Christopher M. Frye
   on behalf of Debtor Matthew S. Hrycko chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Garry Alan Masterson
   on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com

Joshua I. Goldman
   on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 6