| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Matthew S. Hrycko** | Social Security number or ITIN   xxx–xx–9648 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–22024–CMB** | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew S. Hrycko

9/20/21

**By the court:**   Carlota M. Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                        Case No. 16-22024-CMB

Matthew S. Hrycko                                     Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                        User: dkam                                      Page 1 of 3

Date Rcvd: Sep 20, 2021                          Form ID: 3180W                             Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Hrycko, 150 Hidden Ridge Court, #302, South Park, PA 15129-5926 |
| 14238467 | + | AES-PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14238469 | | Beata Hrycko, 718 2nd Street, Suite 3, Pittsburgh, PA 15218 |
| 14238488 | | Citibank Home Equity LOC, PO Box 769004, San Antonio, TX 78245-9004 |
| 14238496 | | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238499 | + | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14249855 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14238503 | + | Psychiatric Care Systems PC, 110 Hidden Valley Road, Canonsburg, PA 15317-2685 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 21 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 21 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2021 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 21 2021 03:28:00 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 23:32:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14238468 | | EDI: BANKAMER.COM | Sep 21 2021 03:28:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14246264 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2021 23:32:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2021 23:32:00 | Citizens One Auto Finance, PO Box 42002, Providence, RI 02940-2002 |

Case 16-22024-CMB  Doc 71  Filed 09/22/21  Entered 09/23/21 00:28:23  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14279321 | + | EDI: WFNNB.COM | Sep 21 2021 03:28:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14238486 | + | EDI: CAPONEAUTO.COM | Sep 21 2021 03:28:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14250485 | + | EDI: AISACG.COM | Sep 21 2021 03:28:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14238490 | | EDI: DISCOVER.COM | Sep 21 2021 03:28:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 14654884 | + | EDI: ECMC.COM | Sep 21 2021 03:28:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14238491 | | EDI: WFNNB.COM | Sep 21 2021 03:28:00 | Eddie Bauer, c/o Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14238492 | + | Email/Text: ashley@frickfin.org | Sep 20 2021 23:33:00 | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238487 | | EDI: JPMORGANCHASE | Sep 21 2021 03:28:00 | Chase Amazon.com, PO Box 15123, Wilmington, DE 19850-5123 |
| 14238494 | + | EDI: RMSC.COM | Sep 21 2021 03:28:00 | Lowe's, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14275243 | + | EDI: MID8.COM | Sep 21 2021 03:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14282009 | + | EDI: AISMIDFIRST | Sep 21 2021 03:28:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14238495 | | EDI: AISMIDFIRST | Sep 21 2021 03:28:00 | Midland Mortgage, PO Box 26648, Attn: Customer Service, Oklahoma City, OK 73126-0648 |
| 14285350 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2021 23:32:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14238501 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2021 23:32:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14238500 | + | EDI: RMSC.COM | Sep 21 2021 03:28:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14952630 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14238504 | + | EDI: WFNNB.COM | Sep 21 2021 03:28:00 | Victoria's Secret/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | CitiMortgage Inc. |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14238471 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238472 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238473 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238474 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238475 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |

| | | |
|---|---|---|
| 14238476 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238477 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238478 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238479 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238480 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238481 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238482 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238483 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238484 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238485 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14246265 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238493 | *+ | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238497 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238498 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14238470 | ##+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |

TOTAL: 3 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021                          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Matthew S. Hrycko chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Garry Alan Masterson
on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com

Joshua I. Goldman
on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6