**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MATTHEW S. HRYCKO

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:16-22024

Chapter 13

Document No.:  64

**ENTERED BY DEFAULT**

## ORDER OF COURT

AND NOW, this ___20th___ day of ___September___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/20/21 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22024-CMB |
| Matthew S. Hrycko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 3 |
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Hrycko, 150 Hidden Ridge Court, #302, South Park, PA 15129-5926 |
| 14238467 | + | AES-PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14238468 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14238469 | | Beata Hrycko, 718 2nd Street, Suite 3, Pittsburgh, PA 15218 |
| 14238488 | | Citibank Home Equity LOC, PO Box 769004, San Antonio, TX 78245-9004 |
| 14654884 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14282009 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14238495 | | Midland Mortgage, PO Box 26648, Attn: Customer Service, Oklahoma City, OK 73126-0648 |
| 14238496 | | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238499 | + | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14249855 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14238503 | + | Psychiatric Care Systems PC, 110 Hidden Valley Road, Canonsburg, PA 15317-2685 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 20 2021 23:31:30 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 23:32:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14246264 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2021 23:32:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2021 23:32:00 | Citizens One Auto Finance, PO Box 42002, Providence, RI 02940-2002 |
| 14279321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2021 23:32:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14238486 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 20 2021 23:31:09 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14250485 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 20 2021 23:31:42 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14238490 | | Email/Text: mrdiscen@discover.com | Sep 20 2021 23:32:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 14238491 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 20 2021 23:32:00 | Eddie Bauer, c/o Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14238492 | + | Email/Text: ashley@frickfin.org | Sep 20 2021 23:33:00 | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238487 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 20 2021 23:31:29 | Chase Amazon.com, PO Box 15123, Wilmington, DE 19850-5123 |
| 14238494 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 23:31:29 | Lowe's, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14275243 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2021 23:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14285350 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2021 23:32:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14238501 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2021 23:32:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14238500 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 23:31:08 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14952630 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14238504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2021 23:32:00 | Victoria's Secret/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | CitiMortgage Inc. |
| cr | | MidFirst Bank |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14238471 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238472 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238473 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238474 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238475 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238476 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238477 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238478 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238479 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238480 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238481 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238482 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238483 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238484 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14238485 | *+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |
| 14246265 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14238493 | *+ | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14238497 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238498 | * | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14238502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14238470 | ##+ | Beata Hrycko, 718 2nd Street, Monessen, PA 15062-2014 |

TOTAL: 3 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021              Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Matthew S. Hrycko chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6